U.S. BANKRUPTCY COURT
2018 OCT 10 P 1:03

B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

District Of Massachusetts

In re Daniel G. Walker,   Case No. 16-12221

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of Tiki Series III Trust | MTGLQ Investors, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

Phone: 800-603-0836
Last Four Digits of Acct #: 4411

Court Claim # (if known): 3
Amount of Claim: $469,580.22
Date Claim Filed: 09/21/2016

Phone: 877-735-3637
Last Four Digits of Acct. #: 3267

Name and Address where transferee payments should be sent (if different from above):

SN Servicing Corporation
PO Box 660820
Dallas, TX 75266-0820

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_   Date: 10/04/18
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

 SERVICING CORPORATION
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

September 4, 2018

DANIEL G WALKER
C/O MICHAEL VAN DAM
233 NEEDHAM ST STE 540
NEWTON MA  02464

RE: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Collateral: 102 HINSTON ROAD; EAST WEYMOUTH, MA

## NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF LOAN

Dear Borrower:

The Truth in Lending Act, 15 U.S.C. 1601, requires that borrowers receive a written Notice when their loan is assigned, sold or transferred. This assignment, sale or transfer does not change the terms of your loan or your contractual obligations as described in your loan documents. The information below describes the details of the assignment, sale or transfer of your mortgage loan:

- Date of Assignment, Sale or Transfer: **July 31, 2018**

- The transfer of ownership has been filed in the mortgage records for the county or local jurisdiction where the property securing this mortgage is located or registered with Mortgage Electronic Registration systems, Inc. whichever is applicable to this mortgage loan.

- A servicer is authorized to act on behalf of the owner/lender to handle the daily servicing of your loan. Your servicer collects payments for your account. **If you have any questions about your loan, please contact your servicer at the telephone number, address or website listed below:**

  Name:              **SN Servicing Corporation**
  Address:           **323 Fifth Street, Eureka CA  95501**
  Telephone Number:  **(800) 603-0836 (Toll free) 8:00 a.m. - 5:00 p.m. Pacific Time**
  Website Address:   www.snsc.com

- An owner (also known as a "lender") is the person to whom the loan belongs. The identity of your new owner is:
  Name:              **Tiki Series III Trust**
  Address:           **7114 E. Stetson Dr., Suite 250; Scottsdale, AZ 85251**
  Telephone Number:  **(602) 802-8305**

**Partial Payment:**
On behalf of the lender, the servicer may hold payments that are less than the full amount due (partial payments) in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.

If this loan is sold, your new lender may have a different policy.

**Please do not send payments to the owner listed above, as they will not be credited to your loan. Your monthly payments and all inquiries must be sent directly to your servicer, SN Servicing Corporation. The servicer has authority to act on the owner's behalf with regard to the administration of your loan.**

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of Massachusetts

In re Daniel G. Walker_____,  Case No. 16-12221_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 3____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/4/18 (date).

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| MTGLQ Investors, L.P. | U.S. Bank Trust National Association as Trustee of Tiki Series III Trust |
| Address of Alleged Transferor: | Address of Transferee: |
| Shellpoint Mortgage Servicing<br>P. O. Box 10826<br>Greenville, SC 29603-0826 | C/O SN Servicing Corp.<br>323 5th Street<br>Eureka, CA 95501 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**